# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**PHILLIP CAMPBELL-GRAVES,**

    **Plaintiff,**

  vs.

                                **CIV. NO. 16-980-WPL**

**NANCY A. BERRYHILL,**
**Acting Commissioner of**
**Social Security,**

    **Defendant.**

## ORDER GRANTING MOTION TO REVERSE AND REMAND FOR FURTHER ADMINISTRATIVE PROCEEDINGS UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g)

This matter is before the Court on Defendant's Unopposed Motion to Reverse and Remand for Further Administrative Proceedings Pursuant to Sentence Four (Doc. 23). The Motion is **GRANTED**.

This social security appeal is remanded to the agency for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will instruct the ALJ to reevaluate the medical source opinions of record, and give valid reasons for discounting any opinion or portion of an opinion that is not adopted.

IT IS SO ORDERED.

                                                        William P. Lynch
                                                        United States Magistrate Judge

Respectfully submitted,

*s/ Thomas H. Kraus 5/17/2017*
Thomas H. Kraus
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 4169
Denver, CO 80294-4003
(303) 844-0017
tom.kraus@ssa.gov

*Email Approval on 5/17/2017*
Michael D. Armstrong
Attorney for Plaintiff
220 Adams Street, SE, Suite B
Albuquerque, NM 87108
Bus. (505) 890-9056
Fax (505) 266-5860