# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**PHILLIP CAMPBELL-GRAVES,**

    **Plaintiff,**

    vs.                                  CIV. NO. 16-980-WPL

**NANCY A. BERRYHILL,**
**Acting Commissioner of**
**Social Security,**

    **Defendant.**

## ORDER

The Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act, filed August 23, 2017 (Doc. 27), is **GRANTED**. In consideration thereof, if is **ORDERED** that Defendant pay to Plaintiff reasonable attorney fees in the amount of $6,500.00. Payment shall be to the Plaintiff, but mailed to Plaintiff's counsel. In addition, if Plaintiff's counsel ultimately receives an award of attorney fees pursuant to 42 U.S.C. § 406(b), he must refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

                                                                   _____
                                                                   William P. Lynch
                                                                   United States Magistrate Judge

*Submitted by*:
THOMAS H. KRAUS
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 4169
Denver, CO 80294-4003
(303) 844-0017
tom.kraus@ssa.gov

*Electronically approved on 8/23/2017*
MICHAEL D. ARMSTRONG
Attorney for Plaintiff
220 Adams Street, SE, Suite B
Albuquerque, NM 87108
Bus. (505) 890-9056
Fax (505) 266-5860
michaelarm@michaelarmstronglaw.com